IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ROLLEY LEE, # 137162, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE ROCHESTER, *et al.*, )<br>)<br>Defendants. ) | <br><br><br><br>CIVIL ACTION NO.  2:06cv792-ID<br>(WO) |

**ORDER**

On September 26, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

2. the above-styled cause be and the same is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of the court and his failure to properly prosecute this action.

DONE this 18th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE